THE HONORABLE ROBERT S. LASNIK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| WEISS-JENKINS IV, LLC, a Washington limited liability company, | No. 2:14-cv-00954-RSL |
| Plaintiff, | **FINAL JUDGMENT** |
| v. | |
| UTRECHT MANUFACTURING CORPORATION, a Delaware corporation; and DICK BLICK HOLDINGS, INC., a Delaware corporation, | |
| Defendants. | |

## **SUMMARY OF JUDGMENT**

1. Judgment Creditor:            Weiss-Company IV, f/k/a Weiss-Jenkins IV

2. Judgment Creditor's Attorney: Davis Wright Tremaine LLP
                                 Rhys M. Farren
                                 777 108th Avenue NE, Suite 2300
                                 Bellevue, WA 98004-5149

3. Judgment Debtors:             Dick Blick Holdings, Inc.; and
                                 Utrecht Manufacturing Corporation

4. Judgment Debtor's Attorney:   Stephen C. Willey
                                 Savitt Bruce & Willey LLP
                                 1425 Fourth Avenue, Suite 800
                                 Seattle, WA 98101-2272

5. Judgment Amount:              **$826,483.93**

FINAL JUDGMENT - 1

| | | |
|---|---|---|
| 6. Prejudgment Interest: | | **$135,427.37** as of May 31, 2016, plus continuing prejudgment interest at the per diem rate of **$204.47** to accrue on the principal judgment amount each day after May 31, 2016 until final judgment is entered. |
| 7. Post-Judgment Interest Rate: | | 12% per annum. |
| 8. Attorneys' Fees: | | Plaintiff may file a request for reasonable attorney's fees and costs pursuant to Fed. R. Civ. P. 54(d)(2)(B). |
| 9. Costs: | | Costs awarded to Plaintiff. |

## BASIS OF JUDGMENT

The parties to this action are Plaintiff Weiss-Jenkins IV, a Washington limited liability company, now known as Weiss-Company IV ("Weiss"); and Defendants Utrecht Manufacturing Corporation ("Utrecht") and Dick Blick Holdings, Inc. ("Blick") (together, "Utrecht/Blick").  Plaintiff is represented by Davis Wright Tremaine LLP and Rhys M. Farren.  Defendants are represented by Savitt, Bruce & Willey, and Stephen Willey.

This Court previously entered an Order Granting in Part Plaintiff's Motion for Partial Summary Judgment (Sept. 14, 2015) (the "PSJ Order") [ECF No. 56].  In the PSJ Order, the Court ruled as follows:

1. Defendants are liable for lost rents between July 2013 and the time the premises were relet, plus any shortfall in the rental amount received between the reletting and February 2018;

2. Plaintiff may also seek to recover other contractual and consequential damages caused by Defendants' breach; and

3. Defendants' affirmative defenses of failure to state a claim, unjust enrichment, waiver, estoppel, unclean hands, failure to mitigate, and set-off are STRICKEN.

*See* PSJ Order, at 7.  The enumerated affirmative defenses dismissed were the *only* affirmative defenses set forth in the Defendants' Answer to the Amended Complaint [ECF No. 23].  All other affirmative defenses were either adjudicated or dismissed, and there are no remaining defenses to liability and no further affirmative defenses remaining in this case.  The PSJ Order,

FINAL JUDGMENT - 2

and the documents, pleadings and evidence considered by the Court in making that ruling, are incorporated herein.

Plaintiff Weiss filed a Motion for Summary and Final Judgment (the "Final SJ Motion"). This Court has reviewed the following pleadings in connection with that Motion:

1. Plaintiff's Motion for Summary and Final Judgment [ECF No. 72];
2. Second Declaration of Eric Weiss and accompanying exhibits [ECF No. 73];
3. Declaration of Abigail Dunne and accompanying exhibits [ECF No. 74];
4. Defendants' Response to Motion for Summary and Final Judgment [ECF No. 75];
5. Declaration of Stephen Willey in Support of Defendants' Opposition to Plaintiff's Motion for Summary Judgment [ECF No. 76];
6. Plaintiff's Reply to Response on Motion for Summary and Final Judgment [ECF No. 77];
7. Second Declaration of Frederic Weiss and accompanying exhibits [ECF No. 78];
8. Declaration of Kelly Jenkins [ECF No. 79];
9. Declaration of Rhys M. Farren in Support of Reply [ECF No. 80];
10. Third Declaration of Eric Weiss and accompanying exhibits [ECF No. 81]; and
11. The files on record herein.

The Court then issued an Order Granting in Part Plaintiff's Motion [ECF No. 83] (the "5/24/2016 Order"), which 5/24/2016 Order is incorporated herein by this reference.

The Court ruled that there was no genuine issue of material fact and that final judgment is appropriate as a matter of law. The Court granted the Final SJ Motion and directed entry of judgment as sought in the Final SJ Motion, except that the charges for anti-graffiti protection (reflected as $20,150.63 in re-leasing costs and expenses [ECF Dkt. # 73-7 at 1] and ($15,941.01 in operating expenses [ECF Dkt. # 74-2 at 5]) and for pre-breach architectural

FINAL JUDGMENT - 3

services should be deleted from total damages.  The Court also ruled that Plaintiff may file a request for reasonable attorney's fees pursuant to Fed. R. Civ. P. 54(d)(2)(B).

NOW THEREFORE,

## SUMMARY JUDGMENT

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. Plaintiff's Motion for Summary and Final Judgment is GRANTED.

2. A money judgment is awarded against Defendants Utrecht Manufacturing Corporation and Dick Blick Holdings, Inc., jointly and severally, in favor of Plaintiff in the principal amount of $**826,483.93.**

3. A money judgment is further awarded against Defendants Utrecht Manufacturing Corporation and Dick Blick Holdings, Inc., jointly and severally, in favor of Plaintiff for prejudgment interest in the amount of **$135,427.37** as of May 31, 2016.  The principal judgment shall continue to accrue interest at the per diem rate of $204.47 until final judgment is entered.

4. Plaintiff is the prevailing party in this action, and pursuant to the parties' contract, it shall be awarded its reasonable attorneys' fees and costs in this action.  Plaintiff shall be entitled to file and serve an application for a determination of reasonable attorneys' fees and costs pursuant to Fed. R. Civ. P. 54(d)(2)(B), and any attorneys' fee award shall be a judgment against the Defendants, jointly and severally.

5. Plaintiff is awarded costs upon filing a cost bill under Fed. R. Civ. P. 54(d)(1).

6. The judgment for principal award of damages and prejudgment interest shall be a final judgment; provided that, Plaintiff shall be entitled to submit a supplemental award to include the final amount of attorneys' fees and costs awarded in this action against the Defendants.

FINAL JUDGMENT - 4

Davis Wright Tremaine LLP
LAW OFFICES
777 108th Avenue NE, Suite 2300
Bellevue, WA  98004-5149
425.646.6100 main · 425.646.6199 fax

1
2   Dated this 8th day of June, 2016.

3
              _____
4             Honorable Robert S. Lasnik
              United States District Court Judge
5

6   Presented by:

7
    DAVIS WRIGHT TREMAINE LLP
8   *Attorneys for Plaintiff Weiss-Jenkins IV LLC*

9

10  By: */s/ Rhys M. Farren*
        Rhys M. Farren, WSBA #19398
11      777 108th Avenue NE, Suite 2300
        Bellevue, WA  98004
12      Telephone: (425) 646-6100
        Facsimile: (425) 646-6199
13      Email:  rhysfarren@dwt.com

14

15

16

17

18

19

20

21

22

23

24

25

26

27

FINAL JUDGMENT - 5