THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WEISS-JENKINS IV, LLC, a Washington limited liability company,<br><br>    Plaintiff,<br><br>    v.<br><br>UTRECHT MANUFACTURING CORPORATION, a Delaware corporation; and DICK BLICK HOLDINGS, INC., a Delaware corporation,<br><br>    Defendants. | No. 2:14-cv-00954-RSL<br><br>**AMENDED** **FINAL JUDGMENT** |

## SUMMARY OF JUDGMENT

| | |
|---|---|
| 1. Judgment Creditor: | Weiss-Company IV, L.L.C., f/k/a Weiss-Jenkins IV LLC |
| 2. Judgment Creditor's Attorney: | Davis Wright Tremaine LLP<br>Rhys M. Farren<br>777 108th Avenue NE, Suite 2300<br>Bellevue, WA  98004-5149 |
| 3. Judgment Debtors: | Dick Blick Holdings, Inc.; and<br>Utrecht Manufacturing Corporation |
| 4. Judgment Debtor's Attorney: | Stephen C. Willey<br>Savitt Bruce & Willey LLP<br>1425 Fourth Avenue, Suite 800<br>Seattle, WA  98101-2272 |
| 5. Judgment Amount: | $**826,483.93** |

AMENDED FINAL JUDGMENT
(2:14-cv-00954-RSL) - 1
DWT 30127522v1 0094613-000009

Davis Wright Tremaine LLP
LAW OFFICES
777 108th Avenue NE, Suite 2300
Bellevue, WA 98004-5149
425.646.6100 main · 425.646.6199 fax

| | | |
|---|---|---|
| 6. Prejudgment Interest: | | **$137,063.13** |
| 7. Post-Judgment Interest Rate: | | *See* 28 U.S.C. § 1961 |
| 8. Attorneys' Fees: | | **$170,888.50** |
| 9. Costs: | | **$484.98** |

## BASIS OF JUDGMENT

The parties to this Amended Final Judgment are Plaintiff Weiss-Jenkins IV, a Washington limited liability company, now known as Weiss-Company IV, L.L.C. ("Weiss Company"); and Defendants Utrecht Manufacturing Corporation ("Utrecht") and Dick Blick Holdings, Inc. ("Blick") (together, "Utrecht/Blick").

This Court previously entered a Final Judgment in favor of Weiss Company (the "Final Judgment") [ECF No. 90]. The Final Judgment set forth in detail the history of the relevant rulings and orders of this Court, including the Order Granting in Part Plaintiff's Motion for Partial Summary Judgment (Sept. 14, 2015) [ECF No. 56] (reconsideration of which was also denied under the Order Denying Defendants' Motion for Reconsideration or, in the Alternative, for Certification (Oct. 1, 2015) [ECF No. 58]); the Order Granting in Part Plaintiff's Motion for Summary Judgment (May 24, 2016) [ECF No. 83]; and the Final Judgment. A description of the related motions, the court papers filed in support and in opposition to the motions and the procedural history of this case is set forth within the Basis of Judgment section of the Final Judgment, which is incorporated herein by this reference and not repeated here.

Weiss Company is the prevailing party entitled to attorneys' fees under the parties' contract. Prior to entry of the Final Judgment, Weiss Company timely filed a Motion for Attorneys' Fees [ECF No. 86] ("Fee Motion"). The Court reviewed the following pleadings in support of and in opposition to the Fee Motion:

AMENDED FINAL JUDGMENT
(2:14-cv-00954-RSL) - 2
DWT 30127522v1 0094613-000009

Davis Wright Tremaine LLP
LAW OFFICES
777 108th Avenue NE, Suite 2300
Bellevue, WA  98004-5149
425.646.6100 main · 425.646.6199 fax

1. Plaintiff's Motion for an Award of Attorneys' Fees and Costs [ECF No. 86];

2. Declaration of Rhys Farren in Support of Motion for Award of Fees and accompanying exhibits [ECF No. 87];

3. Declaration of Peter Gowell in Support of Motion for Award of Fees and accompanying exhibits [ECF No. 88];

4. Defendants' Response to Plaintiff's Motion for an Award of Attorneys' Fees and Costs [ECF No. 93];

5. Declaration of Stephen Willey in Support of Defendants' Response to Plaintiff's Motion for an Award of Attorneys' Fees and Costs [ECF No. 94];

6. Plaintiff's Reply on Motion for Award of Attorneys' Fees [ECF No. 95];

7. Declaration of Boris Gaviria in Support of Plaintiff's Reply on Motion for Award of Attorneys' Fees [ECF No. 96]; and

8. Declaration of Rhys Farren in Support of Plaintiff's Reply on Motion for Award of Attorneys' Fees [ECF No. 97].

The Court conducted an independent review of Weiss Company's counsel's time records, the reasonableness of counsel's rates, the billing records and reasonableness of time spent on entries and considered the objections of Utrecht/Blick. The Court then entered an Order Awarding Attorneys' Fees (July 12, 2016) [ECF No. 103], awarding Weiss Company reasonable attorneys' fees in the amount of $170,888.50. In addition, the Clerk awarded costs in the amount of $484.98 [ECF 100]. In the Order Awarding Attorneys' Fees, the Court permitted Weiss Company to amend the judgment to include the award of attorneys' fees.

NOW THEREFORE,

**AMENDED FINAL JUDGMENT**

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. The previous Final Judgment [ECF No. 90] shall remain in effect as a judgment of this Court except as specifically amended herein.

AMENDED FINAL JUDGMENT
(2:14-cv-00954-RSL) - 3
DWT 30127522v1 0094613-000009

Davis Wright Tremaine LLP
LAW OFFICES
777 108th Avenue NE, Suite 2300
Bellevue, WA  98004-5149
425.646.6100 main · 425.646.6199 fax

2. Judgment is entered in favor of Weiss-Company IV, L.L.C., f/k/a Weiss-Jenkins IV LLC ("Weiss Company") against Defendants Utrecht Manufacturing Corporation and Dick Blick Holdings, Inc. ("Utrecht/Blick"), jointly and severally, for principal in the amount of $**826,483.93.**

3. Judgment is further entered in favor of Weiss Company against Utrecht/Blick, jointly and severally, for prejudgment interest in the amount of **$137,063.13**.[1]

4. Judgment is further entered in favor of Weiss Company against Utrecht/Blick, jointly and severally, for attorneys' fees in the amount of **$170,888.50**.

5. Judgment is further entered in favor of Weiss Company against Utrecht/Blick, jointly and severally, for costs in the amount of **$484.98**.

6. The Judgment on all amounts set forth above shall bear interest at the highest rate allowed under 28 U.S.C. § 1961.

7. This Amended Final Judgment shall be final under Fed. R. Civ. P. 54 and appealable.

Dated this 9th day of September, 2016.

*[signature]*
THE HONORABLE ROBERT S. LASNIK
United States District Court Judge

---

[1] The Final Judgment at ECF No. 90 awarded prejudgment interest in favor of Weiss Company in the amount of $135,427.37 "as of May 31, 2016, plus continuing prejudgment interest at the per diem rate of $204.47 to accrue on the principal judgment amount each day after May 31, 2016 until final judgment is entered." Because Final Judgment was entered eight days later on June 8, 2016, the additional accrued prejudgment interest added is $1,635.76.

AMENDED FINAL JUDGMENT
(2:14-cv-00954-RSL) - 4
DWT 30127522v1 0094613-000009

Davis Wright Tremaine LLP
LAW OFFICES
777 108th Avenue NE, Suite 2300
Bellevue, WA  98004-5149
425.646.6100 main · 425.646.6199 fax

Presented by:

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiff Weiss-Jenkins IV LLC*

By: */s/ Rhys M. Farren*
    Rhys M. Farren, WSBA #19398
    777 108th Avenue NE, Suite 2300
    Bellevue, WA  98004
    Telephone: (425) 646-6100
    Facsimile: (425) 646-6199
    Email:  rhysfarren@dwt.com

AMENDED FINAL JUDGMENT
(2:14-cv-00954-RSL) - 5
DWT 30127522v1 0094613-000009

Davis Wright Tremaine LLP
LAW OFFICES
777 108th Avenue NE, Suite 2300
Bellevue, WA  98004-5149
425.646.6100 main · 425.646.6199 fax