The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| WEISS-JENKINS IV, LLC, a Washington limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>UTRECHT MANUFACTURING CORPORATION, a Delaware corporation, and DICK BLICK HOLDINGS, INC., a Delaware corporation,<br><br>Defendants. | NO.   2:14-cv-00954-RSL<br><br>STIPULATION AND [~~PROPOSED~~] ORDER RE: (1) APPROVAL OF LETTER OF CREDIT, AND (2) STAY OF JUDGMENT PENDING APPEAL |

## I.   STIPULATION

Plaintiff Weiss-Jenkins IV, LLC, n/k/a Weiss Company IV, LLC ("Plaintiff") and Defendants Utrecht Manufacturing Corporation ("Utrecht") and Dick Blick Holdings, Inc. ("Dick Blick") (collectively, "Defendants"), by and through their undersigned counsel, hereby stipulate and agree as follows:

1.   On September 9, 2016, the Court issued an Amended Final Judgment in favor of Plaintiff as Judgment Creditor in the amount of $1,134,920.54 (the "Judgment"). *See* ECF-105.

2.   This matter is presently on appeal before the Ninth Circuit Court of Appeals, Case No. 16-35552 (the "Appeal").

STIPULATION AND ORDER RE: (1) APPROVAL OF LETTER OF CREDIT, AND (2) STAY OF JUDGMENT PENDING APPEAL - 1
(No. 2:14-cv-00954-RSL)

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

3. Plaintiff and Dick Blick are agreed that a Letter of Credit is an appropriate form of security for the Appeal.

4. On behalf of Dick Blick, JP Morgan Chase Bank N.A. has issued and delivered to Plaintiff an Irrevocable Standby Letter of Credit in the amount of $1,250,000 with Plaintiff as the named beneficiary (the "LOC").

5. The LOC is functionally analogous to a supersedeas bond and, subject to the Court's approval of the LOC and entry of the subjoined Order, the Judgment should be stayed pending the Appeal in accordance with Fed.R.Civ.P. 62(d) so long as the LOC remains in effect.

SO STIPULATED AND AGREED this 14th day of December 2017.

| | |
|---|---|
| **DAVIS WRIGHT TREMAINE, LLP** | **SAVITT BRUCE & WILLEY LLP** |
| By /s/ Rhys M. Farren [email authorization]<br>Rhys M. Farren, WSBA #19398<br>777 108th Ave. NE, Suite 2300<br>Bellevue, WA 98004<br>Tel: (425) 646-6100<br>Email: rhysfarren@dwt.com | By /s/ Stephen C. Willey<br>Stephen C. Willey, WSBA #24499<br>1425 Fourth Avenue, Suite 800<br>Seattle, WA 98101<br>Tel: (206) 749-0500<br>Email: swilley@sbwllp.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

STIPULATION AND ORDER RE: (1) APPROVAL OF LETTER OF CREDIT, AND (2) STAY OF JUDGMENT PENDING APPEAL - 2
(No. 2:14-cv-00954-RSL)

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

## II. ORDER

Consistent with the foregoing stipulation of the parties:

1. The Court approves of the LOC as security for the Appeal functionally analogous to a supersedeas bond.

2. In accordance with Fed.R.Civ.P. 62(d), the Judgment herein is stayed so long as the LOC remains in effect.

**It is so ORDERED.**

DATED: _Dec. 15_, 2017.

_____
The Honorable Robert S. Lasnik

STIPULATION AND ORDER RE: (1) APPROVAL OF LETTER OF CREDIT, AND (2) STAY OF JUDGMENT PENDING APPEAL - 3
(No. 2:14-cv-00954-RSL)

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

Presented by:

**DAVIS WRIGHT TREMAINE, LLC**

By   */s/ Rhys M. Farren [email authorization]*
     Rhys M. Farren, WSBA #19398

Attorneys for Plaintiff Weiss-Jenkins IV, LLC

**SAVITT BRUCE & WILLEY LLP**

By   */s/ Stephen C. Willey*
     Stephen C. Willey, WSBA #24499

Attorneys for Defendants Utrecht Manufacturing Corporation and Dick Blick Holdings, Inc.

STIPULATION AND ORDER RE: (1) APPROVAL OF LETTER OF CREDIT, AND (2) STAY OF JUDGMENT PENDING APPEAL - 4
(No. 2:14-cv-00954-RSL)

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500